# EXHIBIT B

## PORTUS v. Carrier Global Corporation
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Carrier Global Corporation provides a system for remote access of user premises networks located in respective user premises. <br><br> For example, Carrier Global Corporation provides Carrier Infinity System (including smart thermostat, air conditioners, Heat Pumps, air purifiers) deployed within a home (user premises) and connected to Carrier SmartHome App services for remote monitoring/control) for remote access of user premises networks located in respective user premises, <br><br> **Smart Thermostats and Controls** <br><br> <br><br> Infinity® System Control (Black) <br> Model No: SYSTXCCITC01-C     ★★★½☆ (83) <br> Advanced comfort and energy management for your home. <br><br> Infinity® System Control (White) <br> Model No: SYSTXCCWIC01-C <br> Advanced comfort and energy management for your home. <br><br> Source: https://www.carrier.com/us/en/residential/smart-thermostats/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| |  |
| | Source: https://www.carrier.com/us/en/residential/air-conditioners/26vna1/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/carrier-smarthome/id6503700523 |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor | The system includes a first network (MyInfinity services network)  located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((MyInfinity server  to manage accounts, device registration, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Carrier SmartHome app/ the control panel of the Carrier Infinity Thermostat) |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | **17. Wireless**<br><br>The Infinity System Control can connect to the in-home Wi-Fi® network to connect the Infinity System to the Internet. The Infinity System Control is intended to connect to an existing home Wi-Fi network, or to be added to an existing Infinity System Wi-Fi network. Please call 1-800-Carrier for support with Wi-Fi set-up and connection to the MyInfinity Server.<br><br>*The ability to remotely access and adjust the settings of the Infinity System Control with the Carrier® Home mobile application is dependent on the compatibility of the user's mobile device, the Infinity System Control, and/or the MyInfinity web server with, and the availability of, the user's Internet service provider or mobile device carrier service. Carrier Corporation makes no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose or use, about the compatibility of the user's mobile device, with the Infinity System Control, and/or the MyInfinity web server, with, and the availability of, the user's Internet service provider or mobile device carrier service, or that the ability to remotely access and adjust the settings of the Infinity System Control will not be negatively affected by the network-related modifications, upgrades, or similar activity of the user's Internet service provider or mobile device carrier service.*<br><br>**Infinity® System Control Owner's Manual  (page 58)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| |  Source: https://my.carrier.com/register |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>## Stay Connected and Comfortable<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br>Carrier SmartHome App →<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| |  # Smart thermostats & controls<br><br>The Infinity System Control is Carrier's most advanced smart thermostat, designed for exclusive compatibility with the Infinity system. It offers exceptional energy management, zoning capabilities, and tailored comfort control. Packed with innovative features like zoning support for up to 8 zones, and Amazon™ Alexa™ integration, it provides customization at the touch of a button. Whether you're home or on the go, this control operates efficiently with intuitive features. Stay in command, creating a seamless balance between energy efficiency and personalized comfort.<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/ |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the user premises and part | The system includes a plurality of second arrangements (the thermostat deployed in users' homes),each with embedded processors and network interfaces and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access. Each thermostat is part of the user premises network and participates in network access under local control and MyInfinity server coordination. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| of the respective user premises network of the respective user premises; | **7. Wireless Set-up**<br><br>The Infinity System Control supports simultaneous connections to home Wi-Fi® networks. If the in-home Wi-Fi network is found to be incompatible with SYSTXCCITC01-B, an Infinity Wireless Access Point (SYSTXXXGWR01) or another 2.4 GHz band wireless router can be installed to establish Wi-Fi network connectivity.<br><br>**Infinity® System Control Installation instructions (page 51)**<br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/08/SYSTXCCITC-07SI.pdf |

| U.S. Patent No.<br>8,914,526 | **Infringing System** |
|---|---|
| | The ability to remotely access and adjust the settings of the Infinity System Control with the MyInfinity web and mobile applications is dependent on the compatibility of the user's computer/network or mobile device, the Infinity System Control, and/or the MyInfinity web server with, and the availability of, the user's Internet service provider or mobile device carrier service. Carrier Corporation makes no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose or use, about the compatibility of the user's computer/network, or mobile device, with the Infinity System Control, and/or the MyInfinity web server, with, and the availability of, the user's Internet service provider or mobile device carrier service, or that the ability to remotely access and adjust the settings of the Infinity System Control will not be negatively affected by the network-related modifications, upgrades, or similar activity of the user's Internet service provider or mobile device carrier service.<br><br>**NOTE:** See the Owner's Manual for information regarding software upgrades.<br><br>**7.1.  Setup and Status Information (Homeowner's Router)**<br><br>To establish Wi-Fi® connectivity to the Infinity System Control using the in-home router or wireless access point, the wireless access point SSID and password/passkey must be known for set-up.<br><br><br><br>**Infinity® System Control Installation instructions (page 52)**<br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/08/SYSTXCCITC-07SI.pdf |
| [57C] wherein: | The first circuitry arrangement (MyInfinity server (SmartHome app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use SmartHome app to Access smart Thermostat) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | Upon authenticated remote access, MyInfinity server establish network communications with the registered thermostat(s) over the Internet/home Wi-Fi path to exchange control commands (setpoints, modes, schedules) and status/usage information <br><br> # Stay Connected and Comfortable <br> To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links. <br><br>  <br><br>  <br><br> Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ <br><br> After the control has connected to the network, go to www.MyInfinityTouch.com, or use the Carrier® Home mobile app to register the unit. Registration requires the MAC address and serial number of the Infinity System Control. On the wall control to find the serial number and MAC address of the Infinity System Control, click on Menu, Down Arrow, Wireless and View MyInfinity Registration Info.When using the Carrier® Home mobile app you can take a picture of the QR code and these items will be filled in for you. This screen will provide the information needed on the MyInfinity website during registration. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | **Infinity® System Control Owner's Manual  (page 61)** <br><br> Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; |  SmartHome app (located on the first network) operates as access-browser functionality to locate and retrieve information from MyInfinity server and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections within the UI (e.g., choosing to set up devices such as thermostat, fan coil ac/heat pump) cause the client to access predetermined URL/URI locations corresponding to those services/resources. <br><br> URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the SmartHome app acting as an access-browser client to cloud endpoints (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 8,914,526 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://legacy.myinfinitytouch.carrier.com/ |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| |  **6.3. Set up**<br><br>**Infinity® System Control Installation instructions (page 22)**<br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/08/SYSTXCCITC-07SI.pdf<br><br>**Stay Connected and Comfortable**<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br>Carrier SmartHome App →<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |

| | |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (fan coil ac/heat pump controlled by thermostat) is accessible (controlled/ monitored) by the first circuitry arrangement (SmartHome app)<br><br>Once a thermostat is registered to a user account, MyInfinity server can remotely access that thermostat for monitoring and control functions through the (SmartHome app or web portal).<br><br>## 6.3.  Set up<br><br> <br><br>**Infinity® System Control Installation instructions (page 22)**<br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/08/SYSTXCCITC-07SI.pdf |



Welcome to MyInfinity℠, your portal for remote access. Once you've properly registered your system, you will be able to immediately interact through your web browser with the system in the same way as you do at home.



Source: https://legacy.myinfinitytouch.carrier.com/

| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a | When a user accesses smart thermostat services (via UI selections that cause the client to access service URL/URI endpoints), MyInfinity server rely on authorization data (account login and device registration) to determine which registered device (and associated premises networks/locations) the user is authorized to monitor/control. Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said |

| | |
|---|---|
| predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; <br><br> User signs in to MyInfinity server / Manager website with account credentials; the service uses authorization data (account identity) to determine which registered thermostat(s) (and thus which user premises network) the user may monitor/control. <br><br> ## 2.1.  Information Displayed <br><br> **NOTE:** When you connect your system to the Internet and register on the My Infinity website, you can access nearly all of the consumer features on the Carrier® Home mobile app. See the **WIRELESS** section for more information. <br><br> The information displayed on the Home Screen will appear when there has been no interaction with the Infinity System Control for at least two minutes. The basic information displayed on the Home Screen consists of the current date and time, the room temperature (zone temperature if applicable), the outdoor temperature (if available, contact your installing dealer for details), occupancy sensing status and current weather condition. (Wi-Fi® models only, when properly configured). Connectivity status to the home Wi-Fi network and the MyInfinity Server will also be displayed on the Home Screen.  Note: You must have Wi-Fi enabled for the indicator to appear. <br><br> **Infinity® System Control Owner's Manual  (page 6)** <br><br> Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |
| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements | Upon authorized access (e.g., using SmartHome app to access smart thermostat, MyInfinity server establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect MyInfinity server and the specific user premises network during the access/control transaction. |

| | |
|---|---|
| to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | Upon remote user interaction (app/portal), MyInfinity server communicates with the in-premises thermostat over the network path to:<br>- send control commands (e.g., change temperature, change mode, update schedules), and<br>- obtain device status/usage information;<br><br><br><br>**Infinity® System Control Owner's Manual  (page 7)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |

## 2.1. Information Displayed

**NOTE:** When you connect your system to the Internet and register on the My Infinity website, you can access nearly all of the consumer features on the Carrier® Home mobile app. See the **WIRELESS** section for more information.

The information displayed on the Home Screen will appear when there has been no interaction with the Infinity System Control for at least two minutes. The basic information displayed on the Home Screen consists of the current date and time, the room temperature (zone temperature if applicable), the outdoor temperature (if available, contact your installing dealer for details), occupancy sensing status and current weather condition. (Wi-Fi® models only, when properly configured). Connectivity status to the home Wi-Fi network and the MyInfinity Server will also be displayed on the Home Screen. Note: You must have Wi-Fi enabled for the indicator to appear.

**Infinity® System Control Owner's Manual  (page 6)**

Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf

<table>
<tr><td></td><td><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/smarthome-app/</td></tr>
<tr><td>[57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and</td><td>Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/smarthome-app/</td></tr>
</table>

| | |
|---|---|
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(MyInfinity server), serves to the user access browser(SmartHome app) the information from the second circuitry arrangement of the determined user premises network;<br><br>## Monitor Indoor Air Quality<br><br>Breathe easier with real-time notifications about your home's air. The app tracks factors like humidity and air quality, offering tips to improve it when necessary.<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/smarthome-app/ |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the SmartHome app/portal as direct, immediate access to thermostat information/controls (i.e., the user experiences the in-premises thermostat as accessible "from anywhere"). |

<table>
<tr><td></td><td>

# Stay Connected and Comfortable

To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.



Carrier SmartHome App



Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/

</td></tr>
<tr><td>

[57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.

</td><td>

The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.

Remote monitoring/control is performed through the SmartHome app or web portal interfaces, which display thermostat state/controls derived from the thermostat (and/or its local sensors), and accept user commands based on that displayed information.

</td></tr>
</table>



Welcome to MyInfinity<sup>SM</sup>, your portal for remote access. Once you've properly registered your system, you will be able to immediately interact through your web browser with the system in the same way as you do at home.

### Sign me up!

To register your system, begin by clicking "Sign up." You will be directed through a simple process to create your individual user and system information.

SIGN UP

### Login



Forgot Username or Password?

LOGIN

Source: https://legacy.myinfinitytouch.carrier.com/



# Manage Your Carrier Smart Room Air Purifier

Connect your Carrier Smart Room Air Purifier to the app for even more control. You'll be able to monitor air quality levels, adjust purifier settings, and stay informed with instant updates, helping ensure the air in your home stays clean and fresh.

Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/