# EXHIBIT D

## PORTUS v. Carrier Global Corporation
## Infringement Chart for U.S. Patent No. 9,961,097

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| 1. A system for remote access of a user premises comprising: | Carrier Global Corporation provides a system for remote access of user premises networks located in respective user premises. |

For example, Carrier Global Corporation provides Carrier Infinity System (including smart thermostat, air conditioners, Heat Pumps, air purifiers) deployed within a home (user premises) and connected to Carrier SmartHome App services (for remote monitoring/control) for remote access of user premises networks located in respective user premises,

**Smart Thermostats and Controls**

Infinity® System Control (Black)
Model No: SYSTXCCITC01-C  ★★★☆☆ (83)
Advanced comfort and energy management for your home.

Infinity® System Control (White)
Model No: SYSTXCCWIC01-C
Advanced comfort and energy management for your home.

Source: https://www.carrier.com/us/en/residential/smart-thermostats/

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://www.carrier.com/us/en/residential/air-conditioners/26vna1/ |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/carrier-smarthome/id6503700523 |
| [1A] a first hardware processing circuitry running an access browser module;<br>a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user's phone/tablet (SmartHome app) and/or PC web portal; and smart Thermostat control panel when it registers/interacts with MyInfinity server), a second hardware processing circuitry (MyInfinity server) located in a first network (MyInfinity server network) |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
|  |  Stay Connected and Comfortable  To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.  Carrier SmartHome App →  Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | # Smart thermostats & controls<br><br>The Infinity System Control is Carrier's most advanced smart thermostat, designed for exclusive compatibility with the Infinity system. It offers exceptional energy management, zoning capabilities, and tailored comfort control. Packed with innovative features like zoning support for up to 8 zones, and Amazon™ Alexa™ integration, it provides customization at the touch of a button. Whether you're home or on the go, this control operates efficiently with intuitive features. Stay in command, creating a seamless balance between energy efficiency and personalized comfort.<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/ |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | **17. Wireless**<br><br>The Infinity System Control can connect to the in-home Wi-Fi® network to connect the Infinity System to the Internet. The Infinity System Control is intended to connect to an existing home Wi-Fi network, or to be added to an existing Infinity System Wi-Fi network. Please call 1-800-Carrier for support with Wi-Fi set-up and connection to the MyInfinity Server.<br><br>*The ability to remotely access and adjust the settings of the Infinity System Control with the Carrier® Home mobile application is dependent on the compatibility of the user's mobile device, the Infinity System Control, and/or the MyInfinity web server with, and the availability of, the user's Internet service provider or mobile device carrier service. Carrier Corporation makes no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose or use, about the compatibility of the user's mobile device, with the Infinity System Control, and/or the MyInfinity web server, with, and the availability of, the user's Internet service provider or mobile device carrier service, or that the ability to remotely access and adjust the settings of the Infinity System Control will not be negatively affected by the network-related modifications, upgrades, or similar activity of the user's Internet service provider or mobile device carrier service.*<br><br>**Infinity® System Control Owner's Manual (page 58)** |
| [1B] a connection gateway that is located | Smart Thermostat acts as a connection gateway that is located in, and is part of a local network of, the user premises; |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| in, and is part of a local network of, the user premises; | For Example, smart Thermostat has Wifi connection which can manage AC/purifier system, Smart Thermostat is a connection gateway between MyInfinity server and AC/purifier system.<br><br>**17. Wireless**<br><br>The Infinity System Control can connect to the in-home Wi-Fi® network to connect the Infinity System to the Internet. The Infinity System Control is intended to connect to an existing home Wi-Fi network, or to be added to an existing Infinity System Wi-Fi network. Please call 1-800-Carrier for support with Wi-Fi set-up and connection to the MyInfinity Server.<br><br>*The ability to remotely access and adjust the settings of the Infinity System Control with the Carrier® Home mobile application is dependent on the compatibility of the user's mobile device, the Infinity System Control, and/or the MyInfinity web server with, and the availability of, the user's Internet service provider or mobile device carrier service. Carrier Corporation makes no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose or use, about the compatibility of the user's mobile device, with the Infinity System Control, and/or the MyInfinity web server; with, and the availability of, the user's Internet service provider or mobile device carrier service, or that the ability to remotely access and adjust the settings of the Infinity System Control will not be negatively affected by the network-related modifications, upgrades, or similar activity of the user's Internet service provider or mobile device carrier service.*<br><br>**Infinity® System Control Owner's Manual  (page 58)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |

| U.S. Patent No.<br>9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | ## Stay Connected and Comfortable<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br>( Carrier SmartHome App → )<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |
| [1C] wherein:<br>the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (MyInfinity server) is external to the user premises, is accessible via the access browser module (user's phone/tablet ((SmartHome app); and thermostat control panel), and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| | <br><br>**Infinity® System Control Owner's Manual  (page 7)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| | <br><br>**Manage Your Home Comfort Profiles**<br><br>Customize your comfort for every moment of your day. With the Carrier SmartHome App, you can create personalized temperature profiles for times like "Wake," "Away," "Home," and "Sleep."<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/smarthome-app/ |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Smart Thermostat)  is integrated with or communicatively coupled to one or more networked components (AC/purifier system.) through data A+, data B- wiring  of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| | **4.4. Wiring Considerations**<br><br>Ordinary thermostat wire is recommended. See Shielded Wire and Communication Bus Configuration Section for notes on shielded wire. Continuous wire lengths over 25 ft. should use 18 AWG wiring.<br><br>NOTE: ABCD bus wiring only requires a four-wire connection; however, it is good practice to run thermostat cable having more than four wires in the event of a damaged or broken wire during installation.<br><br>Each communicating device in the Infinity Zone System has a four-pin connector labeled ABCD. It is recommended that the following color code be used when wiring each device:<br><br>A — Green = Data A+<br>B — Yellow = Data B-<br>C — White = 24VAC (Com)<br>D — Red = 24VAC (Hot)<br><br>A   B   C   D<br><br>A03193<br><br>It is not mandatory that the above color code be used, but each ABCD connector in the system MUST be wired consistently.<br><br>**Infinity® System Control Installation instructions (page 11)**<br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/08/SYSTXCCITC-07SI.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which | The system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>URL/browser aspect is met by the web-based Manager portal (browser access to a predetermined website/URL), and by the SmartHome app acting as an access-browser client to server endpoints (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, |  **TAKE CONTROL** OF YOUR IMPACT ON THE PLANET. <br><br> Welcome to MyInfinity℠, your portal for remote access. Once you've properly registered your system, you will be able to immediately interact through your web browser with the system in the same way as you do at home. <br><br> **Sign me up!** <br> To register your system, begin by clicking "Sign up." You will be directed through a simple process to create your individual user and system information. <br><br> SIGN UP <br><br> **Login** <br><br> Forgot Username or Password? <br><br> LOGIN <br><br> Source: https://legacy.myinfinitytouch.carrier.com/ |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| |

# Manage Your Carrier Smart Room Air Purifier

Connect your Carrier Smart Room Air Purifier to the app for even more control. You'll be able to monitor air quality levels, adjust purifier settings, and stay informed with instant updates, helping ensure the air in your home stays clean and fresh.

Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/

Begins a sequence in which the second hardware processing circuitry(MyInfinity server)  responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (MyInfinity server)   and the at least one networked component (AC/Purifier system) of the local network. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | ## Stay Connected and Comfortable<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br>Carrier SmartHome App →<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/<br><br>## Manage Your Home Comfort Profiles<br><br>Customize your comfort for every moment of your day. With the Carrier SmartHome App, you can create personalized temperature profiles for times like "Wake," "Away," "Home," and "Sleep."<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/smarthome-app/ |
| [1F] wherein the sequence includes the first hardware processing circuitry | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Account data) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | Once a thermostat is registered to a user account, MyInfinity server can remotely access the thermostat for monitoring and control functions through the SmartHome app or web portal.<br><br>**Create Account**<br>Welcome to Carrier SmartHome – simplify your life with smart air and climate control.<br><br>First name *<br><br>Last name *<br><br>Email Address *<br><br>Password * <br><br>⊗ Minimum 8 characters<br>⊗ At least one lowercase letter<br>⊗ At least one upper case<br>⊗ At least one number<br>⊗ At least one symbol<br><br>Source: https://my.carrier.com/register |

| U.S. Patent No.<br>9,961,097 | **Infringing System** |
|---|---|
| | After the control has connected to the network, go to www.MyInfinityTouch.com, or use the Carrier® Home mobile app to register the unit. Registration requires the MAC address and serial number of the Infinity System Control. On the wall control to find the serial number and MAC address of the Infinity System Control , click on Menu, Down Arrow, Wireless and View MyInfinity Registration Info.When using the Carrier® Home mobile app you can take a picture of the QR code and these items will be filled in for you. This screen will provide the information needed on the MyInfinity website during registration.<br><br>**Infinity® System Control Owner's Manual  (page 61)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf<br><br>**Stay Connected and Comfortable**<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br>Carrier SmartHome App →<br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |
| [1G] the user premises is one of a plurality of user premises;<br>the connection gateway is one of a plurality of | The user premises is one of a plurality of user premises (the system can control several thermostats with different accounts), each thermostat is in a user premise.<br>The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  smart thermostat), and to each of which the second hardware processing circuitry (MyInfinity server) is configured to connect. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | After the control has connected to the network, go to www.MyInfinityTouch.com, or use the Carrier® Home mobile app to register the unit. Registration requires the MAC address and serial number of the Infinity System Control. On the wall control to find the serial number and MAC address of the Infinity System Control , click on Menu, Down Arrow, Wireless and View MyInfinity Registration Info.When using the Carrier® Home mobile app you can take a picture of the QR code and these items will be filled in for you. This screen will provide the information needed on the MyInfinity website during registration.<br><br>**Infinity® System Control Owner's Manual (page 61)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf<br><br># Stay Connected and Comfortable<br><br>To use remote access, registering your device is required. Once your system is properly registered, you will be able to remotely manage it through the mobile app, which can be downloaded using the provided links.<br><br> Carrier SmartHome App →<br><br><br><br>Source: https://www.carrier.com/us/en/residential/smart-thermostats/access-your-thermostat/ |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | The sequence further includes the second hardware (MyInfinity server) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device registered to user account can be accessed)<br><br>**TAKE CONTROL** OF YOUR IMPACT ON THE PLANET.<br><br>**Welcome to MyInfinity℠,** your portal for remote access. Once you've properly registered your system, you will be able to immediately interact through your web browser with the system in the same way as you do at home.<br><br>**Sign me up!**<br>To register your system, begin by clicking "Sign up." You will be directed through a simple process to create your individual user and system information.<br><br>SIGN UP<br><br>**Login**<br><br>Forgot Username or Password?    LOGIN<br><br>Source: https://legacy.myinfinitytouch.carrier.com/ |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, <br><br> The device registered to user account can be controlled means after registered, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data. <br><br> ## 2.1.  Information Displayed <br><br> **NOTE:** When you connect your system to the Internet and register on the My Infinity website, you can access nearly all of the consumer features on the Carrier® Home mobile app. See the **WIRELESS** section for more information. <br><br> The information displayed on the Home Screen will appear when there has been no interaction with the Infinity System Control for at least two minutes. The basic information displayed on the Home Screen consists of the current date and time, the room temperature (zone temperature if applicable), the outdoor temperature (if available, contact your installing dealer for details), occupancy sensing status and current weather condition. (Wi-Fi® models only, when properly configured). Connectivity status to the home Wi-Fi network and the MyInfinity Server will also be displayed on the Home Screen.  Note: You must have Wi-Fi enabled for the indicator to appear. <br><br> **Infinity® System Control Owner's Manual  (page 6)** <br><br> Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |
| [1J] wherein the second hardware processing | The second hardware processing circuitry receives, via the connection gateway, selected information  from at least one of the networked components (heating and cooling system controlled by the smart thermostat ) of the local network of the user premises, |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | and stores the selected information in the first network for subsequent review (monitored ) by a user associated with the user premises, without requiring the user to provide the authentication data<br><br>**2.1.  Information Displayed**<br><br>**NOTE:** When you connect your system to the Internet and register on the My Infinity website, you can access nearly all of the consumer features on the Carrier® Home mobile app. See the **WIRELESS** section for more information.<br><br>The information displayed on the Home Screen will appear when there has been no interaction with the Infinity System Control for at least two minutes. The basic information displayed on the Home Screen consists of the current date and time, the room temperature (zone temperature if applicable), the outdoor temperature (if available, contact your installing dealer for details), occupancy sensing status and current weather condition. (Wi-Fi® models only, when properly configured). Connectivity status to the home Wi-Fi network and the MyInfinity Server will also be displayed on the Home Screen.  Note: You must have Wi-Fi enabled for the indicator to appear.<br><br>**Infinity® System Control Owner's Manual  (page 6)**<br><br>Source: https://www.shareddocs.com/hvac/docs/1009/Public/0C/OMSYSTXCCITC-08.pdf |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information (HVAC usage) in the first network via the access browser module (SmartHome app) |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| also provides authority to access and review the previously stored selected information in the first network via the access browser module. | <br><br>**CARRIER SMARTHOME APP**<br><br>**Your Home, Smarter Than Ever.** Take comfort and control to the next level with the Carrier SmartHome app and web portal. Connect your smart comfort system and reimagine home living—adjust temperatures, craft your perfect schedule, and keep tabs on HVAC usage and indoor air quality—all from anywhere life takes you.<br><br>   <br><br>)<br>Source: https://www.carrier.com/residential/en/us/access-your-thermostat/smarthome-app/ |